1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT K. PI, | ) | 1:07-CV-00058 LJO SMS HC |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| v. | ) | |
| | ) | |
| JEFF WRIGLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

        On January 19, 2007, District Judge Oliver W. Wanger issued an order granting the petition and ordering Respondent to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.

        On March 2, 2007, Respondent filed a verification of compliance with the Court's order. Respondent has also provided a copy of the completed form entitled, "Institutional Referral for CCC Placement." According to the form, Petitioner was evaluated on February 2, 2007, in line with the Court's directive. As a result of this evaluation, the BOP has determined Petitioner is to spend "60-

1  90 days" in a Residential Re-entry Center before his release.

2       Accordingly, IT IS HEREBY ORDERED that the Clerk of Court enter judgment in this

3  matter and close the case.

4  IT IS SO ORDERED.

5  **Dated:   August 18, 2007**                    /s/ Lawrence J. O'Neill

6                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28